# United States Bankruptcy Court

Western District of New York

GARY T O'DONNELL SR
65 PROSPECT STREET
AVON, NY 14414

Case No.: 04-24107
SS #1: XXX-XX-3266

## FINAL REPORT AND ACCOUNT

| | MO. | DAY | YR. | | | MO. | DAY | YR. | | | MO. | DAY | YR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| This case was commenced on | 09 | 23 | 04 | | The Plan was confirmed on | 11 | 08 | 04 | | The Case was concluded on | 04 | 24 | 06 |

Plan Completed

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court, or are attached hereto, and are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.                    $ 6,650.00

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID | | BALANCE DUE |
|---|---|---|---|---|---|---|
| | | | | PRINCIPAL | INTEREST | |
| GARY T O'DONNELL SR | 777 | Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP. | 005 | Secured | 500.00 | 500.00 | 42.15 | 0.00 |
| INTERNAL REVENUE SERVICE | 007 | Priority | 1,453.31 | 1,453.31 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | 006 | Priority | 0.00 | 0.00 | 0.00 | Not Filed |
| U S ATTORNEY FOR IRS | 012 | Priority | 0.00 | 0.00 | 0.00 | Not Filed |
| IRS | 008 | Priority | 0.00 | 0.00 | 0.00 | Not Filed |
| NYS DEPT OF TAX & FINANCE | 010 | Priority | 829.25 | 829.25 | 0.00 | 0.00 |
| US ATTORNEY'S OFFICE | 013 | Priority | 0.00 | 0.00 | 0.00 | Not Filed |
| BANK OF AMERICA | 001 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| CAPITAL MANAGEMENT SERVIC | 002 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| CHASE BANKCARD SERVICE IN | 003 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| DIRECT MERCHANTS | 004 | Ignore | 0.00 | 0.00 | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | 009 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| RUBIN & ROTHMAN | 011 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| WOLPOFF & ABRAMSON LLP | 014 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| INTERNAL REVENUE SERVICE | 007 | Unsecured | 28.69 | 28.69 | 0.00 | 0.00 |
| ROCHESTER GAS & ELECTRIC | 015 | Ignore | 0.00 | 0.00 | 0.00 | 0.00 |
| ALLEGANY COUNTY | 016 | Ignore | 213.00 | 213.00 | 5.43 | 0.00 |
| ECAST SETTLEMENT CORP. | 005 | Unsecured | 63.61 | 63.61 | 0.00 | 0.00 |
| NYS DEPT OF TAX & FINANCE | 010 | Unsecured | 61.55 | 61.55 | 0.00 | 0.00 |

# United States Bankruptcy Court

### Western District of New York

GARY T O'DONNELL SR
65 PROSPECT STREET
AVON, NY 14414

Case No.: 04-24107
SS #1: XXX-XX-3266

## FINAL REPORT AND ACCOUNT

| This case was commenced on | MO. | DAY | YR. | The Plan was confirmed on | MO. | DAY | YR. | The Case was concluded on | MO. | DAY | YR. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 09 | 23 | 04 | | 11 | 08 | 04 | | 04 | 24 | 06 |

Plan Completed

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court, or are attached hereto, and are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.          $ _____ 6,650.00

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| GARY T O'DONNELL SR | 999 | Refund | 1,999.83 | 1,999.83 | 0.00 | 0.00 |

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | GENERAL | LATE | SPECIAL | TOTAL | |
|---|---|---|---|---|---|---|---|
| AMOUNT ALLOWED | 713.00 | 2,282.56 | 153.85 | 0.00 | 1,999.83 | 5,149.24 | TOTAL PAID PRINCIPAL AND INTEREST |
| PRINCIPAL PAID | 713.00 | 2,282.56 | 153.85 | 0.00 | 1,999.83 | 5,149.24 | |
| INTEREST PAID | 47.58 | 0.00 | 0.00 | 0.00 | 0.00 | 47.58 | 5,196.82 |

OTHER DISBURSEMENT UNDER ORDER OF COURT

| DEBTOR'S ATTORNEY | FEE ALLOWED | FEE PAID |
|---|---|---|
| KEVIN BAMBURY, ESQ | 1,194.00 | 1,194.00 |

| COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION | FILING FEE AND DEPOSIT | ADDITIONAL CHARGES CLERK'S CHARGES | .25 EACH CLAIM OVER 10 | TRUSTEE EXPENSE | COMPENSATION | OTHER COST | |
|---|---|---|---|---|---|---|---|
| | 0.00 | 0.00 | | 129.59 | 129.59 | 0.00 | 259.18 |

WHEREFORE, your Petitioner prays that a Final Decree be entered discharging your Petitioner as Trustee and releasing your Petitioner and The Trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other and further relief as is just. Pursuant to FRBP 5009, I hereby certify that the above captioned case has been fully administered.

/s/ George M. Reiber
_____
George M. Reiber

### Certificate of Service

The undersigned hereby certifies that a copy of this Final Report and Account was sent electronically or by ordinary United States mail, postage prepaid, on ____ 06/23/2006 ____, to the debtor, attorney for the debtor, and the United States Trustee.

For signature, reference Trustee file copy